IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROCKY BRANDS, INC., et al.

    Plaintiffs,

v.

NEW YORK WIPING & INDUSTRIAL
PRODUCTS CO., INC., et al.

    Defendants.

Case No. 2:09-cv-217

JUDGE EDMUND A. SARGUS, JR.

MAGISTRATE JUDGE MARK R. ABEL

## ORDER

Plaintiffs have informed the Court that the parties have reached a settlement. The Court hereby **ORDERS** that the parties file a voluntary dismissal or an agreed judgment entry on or before March 31, 2010.

**IT IS SO ORDERED.**

1-5-2010
**DATED**

EDMUND A. SARGUS, JR.
**UNITED STATES DISTRICT JUDGE**